DUANE MORRIS LLP
Gregory P. Gulia
Sarah Peyronnel
1540 Broadway
New York, New York 10036-4086
Telephone: (212) 692-1000
Facsimile: (212) 202-6014
E-mail: GPGulia@duanemorris.com

DUANE MORRIS LLP
Nicole K. McLaughlin (prospective *pro hac vice*)
30 South 17th Street
Philadelphia, PA 19103-4196
Telephone: (215) 979-1191
Facsimile: (215) 689-4934
E-mail: NKMcLaughlin@duanemorris.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

| | |
|---|---|
| EEG, INC. d/b/a EMPIRE BEAUTY SCHOOLS and EMPIRE EDUCATION GROUP : <br><br> Plaintiff, : <br> -against- : <br><br> EMPIRE EDUCATION CORPORATION : <br><br> Defendant. : | **PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT** <br><br><br><br> Case No.: 14-cv-03248 (GBD) |

-----------------------------------------------------------X

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff, EEG, Inc. d/b/a Empire Beauty Schools and Empire Education Group (a private non-governmental corporate party) certifies that the following is a corporate parent, affiliate and/or subsidiary of the said party, which is publicly held and/or owns 10% or more of the said party's stock: Regis Corporation.

Dated: New York, New York
       June 10, 2014

DUANE MORRIS LLP

By: /s/ Gregory P. Gulia
Gregory P. Gulia
Sarah Peyronnel
1540 Broadway
New York, New York 10036-4086
Telephone: (212) 692-1000
Facsimile: (212) 202-6014
E-mail: GPGulia@duanemorris.com

DUANE MORRIS LLP
Nicole K. McLaughlin (prospective *pro hac vice*)
30 South 17th Street
Philadelphia, PA 19103-4196
Telephone: (215) 979-1191
Facsimile: (215) 689-4934
E-mail: NKMcLaughlin@duanemorris.com

Attorneys for Plaintiff

DM2\4944665.1

2