UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

Plaintiff,

**EEG, INC. D/B/A EMPIRE BEAUTY SCHOOLS AND EMPIRE EDUCATION GROUP**          **INDEX# 14 CV 3248**

   **--- AGAINST ---**                              **AFFIDAVIT OF SERVICE**

**EMPIRE EDUCATION CORPORATION**

Defendant,

_____

STATE OF NEW YORK)
                                    )SS.
COUNTY OF ALBANY )

MARIA SCHMITZ being duly sworn, deposes and says:

That she is over the age of eighteen years and is not a party to this action.

That on the 3rd day of July, 2014, she served the Summons in a Civil Action and Complaint at 2:24 p.m. on EMPIRE EDUCATION CORPORATION, an authorized foreign corporation, one of the defendants in this action by personally delivering to and leaving with a person, CANDACE WATSON-COTTLE, Black female, brown hair, glasses, approximately 35 years of age, 5'5" tall and 145lbs authorized by the Secretary of State to receive such service, at the office of the Department of State in the City of Albany, New York, duplicate copies thereof together with the sum of $40.00 (forty dollars), the statutory fee.

_____
MARIA SCHMITZ

Sworn before me this
3rd day of July, 2014

_____
JOAN M. GRAHAM
Notary Public - State of New York
No. 01GR6096867
Qualified in Saratoga County
Commission Expires August 11, 2015

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

EEG, INC. D/B/A EMPIRE BEAUTY SCHOOLS AND
EMPIRE EDUCATION GROUP                                    AFFIDAVIT OF SERVICE
                    Plaintiff                            Civil Action# 14 CV 3248
VS.


EMPIRE EDUCATION CORPORATION
                    Defendant

---

STATE OF NEW YORK
COUNTY OF ALBANY                                    ss:

MARIA SCHMITZ, being duly sworn deposes and says that deponent is over the age of
eighteen years and is not a party in this proceeding.  Deponent served a true copy of the
Summons in a Civil Action and Complaint, upon EMPIRE EDUCATION
CORPORATION, in the above entitled proceeding, such service having been made in the
following manner, stated herein, and said person being the proper and authorized person
to be served in this proceeding.

Kathleen Wooley, Vice President of
Human Resources
EMPIRE EDUCATION CORPORATION
1 Park Place, 3rd Floor
ALBANY, NEW YORK 12205
July 10, 2014 at 1:48 p.m.

By delivering to and leaving with KATHLEEN WOOLEY, Vice President of Human
Resources. Service having been made to such person at the place, time and date stated
above.

Deponent further states upon information and belief that said person so served is not in
the Military service of the State of New York or of the United States as the term is
defined in either the State or Federal Statutes.

Deponent further states that he describes the person actually served as follows:
White female, short light hair, light eyes, approximately 48 years of age, 5'6" and 190lbs.

Sworn to before me
This 10th day of July 2014

_____
                                                        MARIA SCHMITZ

_____
Notary Public

LAWRENCE A. KIRSCH
Notary Public, State of New York
No. 4787475
Qualified in Albany County
Commission Expires May 31, _____ 2015