UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EEG, Inc.,

        Plaintiff,

**v.**                                                        Civil Action No. 14-cv-03248

EMPIRE EDUCATION CORPORATION,

        Defendant.

## RULE 7.1 DISCLOSURE STATEMENT

        Pursuant to the Federal Rule of Procedure 7.1(c), defendant Empire Education Corporation states that it has no parent corporation and no publicly held corporation owns 10% or more of its stock.

DATED:    Buffalo, New York
                 July 24, 2104

                                                **HODGSON RUSS LLP**
                                                *Attorneys for Defendant*

                               By:     s/Kevin M. Kearney
                                         Kevin M. Kearney, Esq.
                                  140 Pearl St., Suite 100
                                  The Guaranty Building
                                  Buffalo, New York 14202
                                  Telephone: (716) 856-4000