UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EEG, INC.,

                             Plaintiff,

      vs.                                                             Civil No. 14-CV-03248

EMPIRE EDUCATION CORPORATION,

                             Defendant.

## **CERTIFICATE OF SERVICE**

        I hereby certify that on July 24, 2014, I served the foregoing ***Rule 7.1 Disclosure Statement*** and ***Answer to Complaint,*** dated July 24, 2014, to be served by the Court's CM/ECF system on all counsel of record.

Dated:  July 24, 2014

                                                                     s/Kevin M. Kearney
                                                                        Kevin M. Kearney