

UNITED STATES DISTRICT COURT SOUTHERN
DISTRICT OF NEW YORK

---

EEG, Inc. d/b/a Empire Beauty Schools and
Empire Education Group

Plaintiff,

v.

Empire Education Corporation

Defendant.

---

14-cv-3248 (GBD)

[PROPOSED] CIVIL CASE
MANAGEMENT PLAN AND
SCHEDULING ORDER

After consultation with counsel for the parties, the following Case Management Plan is adopted. This plan is also a scheduling order pursuant to Rules 16 and 26(f) of the Federal Rules of Civil Procedure.

1. No **additional parties** may be joined after **October 3, 2014.**

2. No **amendment to the pleadings** will be permitted after **October 3, 2014.**

3. Except for good cause shown, all **discovery** shall be commenced in time to be completed by **March 6, 2015.** The discovery completion date shall not be adjourned except upon a showing of extraordinary circumstances.

4. **Dispositive motions** are to be served by **April 3, 2015.** Answering papers are to be served within 14 days. Reply papers are to be served within seven (7) days. In the event a dispositive motion is made, the date for submitting the joint pretrial order shall be changed from that shown herein to three (3) weeks from the decision on the motion. The final pretrial conference shall be adjourned to a date four (4) weeks from the decision on the motion. **9**

5. A **final pretrial conference** will be held on **April 9, 2015 at 9:30 a.m.**

6. The **joint pretrial order** shall be filed no later than **May 8, 2015.** The requirements for the pretrial order and other pretrial submissions shall be governed by the Court's Individual Rules of Practice.

7. **All motions and applications** shall be governed by the Court's Individual Rules of Practice.

8. The parties shall be **ready for trial** within 48 hours, notice on or after **June 5, 2015.** The estimated trial time is three days, and this is a jury trial. **10**

9. The **next case management conference** will be held on **February 10, 2015 at 9:30 a.m.**

Dated: August ___, 2014
     New York, New York

AUG 08 2014

SO ORDERED:

_____
George B. Daniels
United States District Judge

_____
Attorney for Plaintiff

_____
Attorney for Defendant

DM2\5010571.1

2