UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EEG, INC.

          Plaintiff,

-against-

EMPIRE EDUCATION CORPORATION
          Defendant.

14 cv 03248 ( GBD )

**ORDER FOR ADMISSION**
**PRO HAC VICE**

The motion of __Robert J. Fluskey, Jr.__, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of __New York__; and that his/her contact information is as follows (please print):

    Applicant's Name: __Robert J. Fluskey, Jr.__

    Firm Name: __Hodgson Russ LLP__

    Address: __140 Pearl Street, Suite 100__

    City / State / Zip: __Buffalo, NY 14202__

    Telephone / Fax: __telephone: 716-848-1688   fax: 716-819-4718__

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for __defendant Empire Education Corporation__ in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: SEP 19 2014

_George B. Daniels_
United States District Judge