UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
EEG INC. *doing business as* EMPIRE BEAUTY  :
SCHOOLS *doing business as* EMPIRE          :
EDUCATION GROUP,                            :
                                            :
                           Plaintiff,       :       ORDER
                                            :
           -against-                        :       14 Civ. 03248 (GBD)
                                            :
EMPIRE EDUCATION CORPORATION,               :
                                            :
                           Defendant.       :
                                            :
------------------------------------------------------------- x

GEORGE B. DANIELS, United States District Judge:

The February 10, 2015 conference is adjourned to February 26, 2015 at 9:45 AM.

Dated: New York, New York
       February 2, 2015

SO ORDERED.

*/s/ George B. Daniels*
GEORGE B. DANIELS
United States District Judge