**DUANE MORRIS LLP**

Gregory P. Gulia
1540 Broadway
New York, New York 10036-4086
Telephone: (212) 692-1000
Facsimile: (212) 692-1020
E-mail: GPGulia@duanemorris.com

J. Manly Parks
30 South 17th Street
Philadelphia, PA 19103-4196
Telephone: (215) 979-1000
Facsimile: (215) 979-1020
E-mail: JMParks@duanemorris.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X
EEG, INC. d/b/a EMPIRE BEAUTY SCHOOLS   :   Civil Action No. 14-cv-03248-GBD
and EMPIRE EDUCATION GROUP              :
                                        :
                        Plaintiff,      :   **STIPULATION AND**
        -against-                       :   **[PROPOSED] ORDER**
                                        :   **TO MODIFY THE**
EMPIRE EDUCATION CORPORATION            :   **CASE SCHEDULE**
                                        :
                        Defendant.      :
-------------------------------------------------------------X

1.   The parties hereto, plaintiff, EEG, Inc. d/b/a Empire Beauty Schools and Empire Education Group ("Plaintiff"), and defendant, Empire Education Corporation ("Defendant"), by and through their attorneys of record, stipulate and respectfully request the Court to adjourn the case management conference currently scheduled for February 26, 2015 by 20 days, and to continue all other case deadlines set forth in the Court's order dated August 8, 2014 by 60 days as follows:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Case Management Conference | February 26, 2015 | March 18, 2015 at 9:45 a.m. |
| Discovery Closes | March 6, 2015 | May 6, 2015 |
| Dispositive Motions | April 3, 2015 | June 3, 2015 |
| Final Pretrial Conference | April 9, 2015 at 9:30 a.m. | June 9, 2015 at 9:30 a.m. |
| Response to Dispositive Motion | April 17, 2015 | June 17, 2015 |
| Reply to Dispositive Motion | April 24, 2015 | June 24, 2015 |
| Joint Pretrial Order | May 8, 2015 | July 8, 2015 |
| The parties shall be ready for trial within 48 hours notice on or after | June 5, 2015 | August 5, 2015 |

2.  In addition, the parties stipulate that all current discovery deadlines are stayed pending the parties' final settlement negotiations. If either party provides notice in writing to the other party that the settlement discussions have failed, the parties shall have 20 days from the date of notice to provide written responses or objections to outstanding discovery requests.

3.  This request is the parties' first request to extend the deadlines set forth in the Court's August 8, 2014 order.

4.  This requested extension is not being sought for the purpose of delay, but so that the parties can finalize the terms in their settlement agreement. Specifically, the extension is sought on the grounds that the parties have reached a settlement in principle and have nearly completed their draft settlement agreement. However, the parties require additional time to finalize a few terms in the draft settlement agreement and for execution.

5. Accordingly, the parties, by and through their attorneys of record, hereby stipulate and request that the aforementioned dates set forth in the Court's August 8, 2014 order be extended as set forth above.

We thank Your Honor for consideration of these requests.

Dated: February 23, 2015

_Greg Gulia_ AC
Gregory P. Gulia
DUANE MORRIS LLP
1540 Broadway
New York, NY 10036-4086
Telephone: (212) 692-1000
Fax: (212) 692-1020
E-mail: gpgulia@duanemorris.com

J. Manly Parks
DUANE MORRIS LLP
30 South 17th Street
Philadelphia, PA 19103-4196
Telephone: (215) 979-1000
Facsimile: (215) 979-1020
E-mail: JMParks@duanemorris.com

*Attorneys for Plaintiff*

_R. [signature]_
Robert Fluskey, Jr.
Kevin M. Kearney
HODGSON RUSS LLP
140 Pearl Street, Ste. 100
Buffalo, NY 14202
Telephone: (716) 848-1688
Fax: (716) 819-4695
E-mails: rfluskey@hodgsonruss.com
kkearney@hodgsonruss.com

*Attorneys for Defendant*

**SO APPROVED AND ORDERED**
Dated: FEB 24 2015

_George B. Daniels_
Hon. George B. Daniels

DM3\3197972.1
3