UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------- x
EEG, INC.,

                Plaintiff,

     -against-

EMPIRE EDUCATION CORPORATION,

                Defendant.
------------------------------- x

ORDER

14 Civ. 3248 (GBD)

GEORGE B. DANIELS, United States District Judge:

    The Court having been advised that the parties have reached a settlement in principle in this matter, the Clerk of the Court is hereby ORDERED to close the above-captioned action, without prejudice to restoring the action to this Court's docket if an application to restore is made within thirty (30) days.

Dated: New York, New York
       March 16, 2015

                                              SO ORDERED:

                                              GEORGE B. DANIELS
                                              United States District Judge