

NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
SHANGHAI
BOSTON
HOUSTON
LOS ANGELES
HANOI
HO CHI MINH CITY

**Duane Morris**

FIRM and AFFILIATE OFFICES

GREGORY P. GULIA
DIRECT DIAL: 212.692.1027
PERSONAL FAX: 212.202.6014
E-MAIL: gpgulia@duanemorris.com

www.duanemorris.com

ATLANTA
BALTIMORE
WILMINGTON
BOCA RATON
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR
OMAN
A GCC REPRESENTATIVE OFFICE
OF DUANE MORRIS

MEXICO CITY
ALLIANCE WITH
MIRANDA & ESTAVILLO

SRI LANKA
ALLIANCE WITH
GOWERS INTERNATIONAL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: APR 17 2015

April 15, 2015

**BY FAX (212) 805-6737**

Hon. George B. Daniels
United States District Court for the
Southern District of New York
500 Pearl Street
Courtroom 11A
New York, NY 10007-1312

SO ORDERED:

*/s/ George B. Daniels/*
**George B. Daniels, U.S.D.J.**

Dated: APR 17 2015

　　　Re:　***EEG, Inc. v. Empire Education Corporation***
　　　　　**Case No.: 14 CV 03248 (GBD)**

Dear Judge Daniels:

　　　We submit this letter on behalf of plaintiff EEG, Inc. d/b/a Empire Beauty Schools and Empire Education Group. Pursuant to your Honor's order dated March 16, 2015 and pursuant to our conversation with Your Honor's clerk this evening, we are writing to the Court to respectfully submit an application to restore the above-referenced action.

　　　Thank you for your consideration of this request.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　*/s/ Greg Gulia/*
　　　　　　　　　　　　　　　　　　　Gregory P. Gulia

GPG:slj

cc:　Kevin M. Kearney (counsel for defendant)
　　　Robert J. Fluskey, Jr. (counsel for defendant)

DM2\5579939.1

DUANE MORRIS LLP
─────────────────────────────────────────────────
1540 BROADWAY　NEW YORK, NY 10036-4086　　　　　　　　　　　PHONE: +1 212 692 1000　FAX: +1 212 692 1020